## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25 - |
| v. | : | DATE FILED: _____ |
| CHINEDU EKUMA | : | VIOLATIONS: 18 U.S.C. § 1343 (wire fraud – two counts) |

## I N F O R M A T I O N

## COUNTS ONE AND TWO

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1.      Defendant CHINEDU EKUMA was a resident of Catasauqua and Center Valley, in Lehigh County, in the Eastern District of Pennsylvania.

2.      Defendant CHINEDU EKUMA owned entities called Intelaris Solutions, LLC ("Intelaris Solutions"), which was organized in Pennsylvania on or about September 23, 2019, and Verge Capital ("Verge Capital"), which was organized in Pennsylvania on or about April 25, 2021.

3.      Defendant CHINEDU EKUMA opened several bank accounts in the name of Intelaris Solutions and Verge Capital (collectively, the "Intelaris Solutions and Verge Capital Bank Accounts"), including:

　　　　a.      Wells Fargo Bank account ending 2020 (Intelaris Solutions);

　　　　b.      PNC Bank account ending 1307 (Verge Capital);

　　　　c.      PNC Bank account ending 2665 (Intelaris Solutions);

      d.      Middlesex Federal Savings Bank account ending 1792 (Intelaris Solutions);

      e.      Bank of America account ending 1503 (Intelaris Solutions);

      f.      Bank of America account ending 7878 (Intelaris Solutions);

      g.      Truist Bank account ending, 1768 (Verge Capital);

      h.      Truist Bank account ending 4066 (Intelaris Solutions);

      i.      JP Morgan Chase Bank account ending 1113 (Intelaris Solutions);

      j.      TD Bank account ending 6035 (Intelaris Solutions);

      k.      Penn Community Bank account ending 7663 (Intelaris Solutions);

      l.      Santander Bank account ending 8324 (Verge Capital); and

      m.      Santander Bank account ending 8308 (Intelaris Solutions).

## THE SCHEME TO DEFRAUD

4.      From in or about August 2020 through in or about March 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

## CHINEDU EKUMA

devised and intended to devise a scheme to defraud victims and to obtain money and property of these victims by materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS

It was part of the scheme that:

5.      Defendant CHINEDU EKUMA and other co-schemers executed a scheme to obtain money from individuals and businesses through false representations made to victims via phone and over the Internet. The victims were individuals and businesses that intended to make payments to businesses and individuals for personal and/or business reasons.

6.     Defendant CHINEDU EKUMA and other co-schemers caused the fraud victims to send payments to the Intelaris Solutions and Verge Capital Bank Accounts, by falsely representing to the victims that the Intelaris Solutions and Verge Capital Bank Accounts were associated with the businesses and individuals who the victims intended to pay, when, in fact: (i) the Intelaris Solutions and Verge Capital Bank Accounts were controlled by defendant EKUMA; and (ii) Intelaris Solutions and Verge Capital had no legitimate relationship with any of the victims.

7.     Defendant CHINEDU EKUMA and other co-schemers created, or caused the creation of, fraudulent documentation that falsely represented that Intelaris Solutions and Verge Capital were entitled to payments from the victims—when, in fact, Intelaris Solutions and Verge Capital had no legitimate relationship with the victims—so that the victims would send money to the Intelaris Solutions and Verge Capital Bank Accounts.

8.     After the fraud proceeds were received into the Intelaris Solutions and Verge Capital Bank Accounts, defendant CHINEDU EKUMA transferred most of the fraud proceeds to other co-schemers and retained other amounts of the fraud proceeds for himself. When transferring the fraud proceeds to other co-schemers, defendant EKUMA sometimes transferred the money to other co-schemers directly from the accounts into which the fraud proceeds were deposited, and, other times, defendant EKUMA transferred the money to other accounts controlled by him before transferring the money to other co-schemers.  In total, from in or about August 2020 through in or about March 2023, defendant EKUMA and his co-schemers caused the Intelaris Solutions and Verge Capital Bank Accounts to receive at least approximately $1,751,968 from fraud victims and attempted to cause these accounts to receive at least an additional approximately $653,374 from fraud victims.

9.     After the victims sent money to the Intelaris Solutions and Verge Capital Bank Accounts as a result of the schemers' deception, defendant CHINEDU EKUMA and other co-schemers made false representations to the victims and others in an attempt to further the scheme and to delay detection of the scheme.

10.     On or about August 13, 2020, after Intelaris Solutions' Wells Fargo account ending 2020 received deposits totaling approximately $49,000 from two fraud victims on or about August 10, 2020, defendant CHINEDU EKUMA: (i) deposited, and caused the deposit of, a $48,000 check from Intelaris Solutions' Wells Fargo account ending 2020 into Intelaris Solutions' Bank of America account ending 1503, at a Bank of America location in Bethlehem, Pennsylvania; and (ii) wired, and caused the wiring of, a total of approximately $49,945 from Intelaris Solutions' Bank of America account ending 1503 to accounts associated with other co-schemers.

11.     On or about February 22, 2021, after Intelaris Solutions' TD Bank account ending 6035 received a wire in the amount of approximately $25,000 from a fraud victim on or about February 18, 2021, defendant CHINEDU EKUMA transferred most of the funds to a bank account associated with other co-schemers.

12.     On or about April 2, 2021, after Intelaris Solutions' Wells Fargo account ending 2020 received a wire in the amount of $7,950 from a fraud victim on or about March 30, 2021, and after being advised by Wells Fargo that this fraud victim alleged the transaction was fraudulent, defendant CHINEDU EKUMA sent a fax to Wells Fargo.  In this fax, defendant EKUMA falsely stated that he had "reached out" to the victim, "confirmed that he [the victim] has not authorized any recall on the payment," and provided an invoice falsely representing that

the victim owed $7,950 to Intelaris Solutions for "Technological Services," when, in fact, Intelaris had not provided any services to the fraud victim.

13.     On or about May 5, 2021, after Intelaris Solutions' TD Bank account ending 6035 received a check in the amount of $47,000 from a fraud victim and a wire in the amount of $9,503 from another fraud victim in or about April 2021, and after TD Bank advised defendant CHINEDU EKUMA that the transactions were allegedly fraudulent, defendant EKUMA requested that TD Bank keep the bank account open, which request TD Bank declined.

14.     On or about May 14, 2021, after Intelaris Solutions' JP Morgan Chase account ending 1113 received a total of approximately $16,668 from two fraud victims on or about May 10 and 11, 2021, defendant CHINEDU EKUMA transferred most of the funds to a bank account associated with other co-schemers.

15.     On or about May 20, 2021, after Intelaris Solutions' Bank of America account ending 7878 received from a fraud victim a wire in the amount of approximately $68,000 on or about May 11, 2021, defendant CHINEDU EKUMA transferred most of the funds to a bank account associated with other co-schemers.

16.     From on or about May 25, 2021 to on or about June 7, 2021, after Intelaris Solutions' PNC Bank account ending 2665 received from a fraud victim a wire of approximately $1,206,000 on or about May 18, 2021, defendant CHINEDU EKUMA transferred most of the funds to Verge Capital's PNC account ending 1307 and, from that account, to bank accounts associated with other co-schemers.

17.     On or about August 16, 2021, defendant CHINEDU EKUMA sent an email to a representative of PNC Bank, which had frozen Verge Capital's PNC account ending 1307 and Intelaris Solutions' PNC account ending 2665 due to alleged fraudulent activity, in

which defendant EKUMA requested that PNC Bank unfreeze the accounts and falsely stated that
Verge Capital and Intelaris Solutions perform a "state-of-the-art KYC/KYB process" before
accepting payments from clients, when, in fact, the accounts were used to accept payments from
fraud victims who did not have any legitimate relationship with Intelaris Solutions and Verge
Capital.

        18.    On or about May 12, 2022, during a phone call with the fraud victim
described in Paragraph 16, defendant CHINEDU EKUMA made numerous false statements to
the fraud victim, including that: (i) when asked why the money was sent to Intelaris, defendant
EKUMA stated that Intelaris had a money servicing business that was licensed to collect funds
for clients, when, in fact, Intelaris Solutions was not a licensed money transmitter; and
(ii) defendant EKUMA did not have information regarding the identity of the individual(s) to
whom the victim's money was transferred, when, in fact, defendant EKUMA transferred the
money to bank accounts associated with other co-schemers.

        19.    On or about December 20, 2022, after Intelaris Solutions' Penn
Community Bank account ending 7663 received from a fraud victim a wire of approximately
$198,921 on or about December 19, 2022, defendant CHINEDU EKUMA: (i) obtained from
Penn Community Bank a cashier's check in the amount of $92,250.53, which was drawn on the
Intelaris Solutions' Penn Community Bank account ending 7663; and (ii) deposited into Intelaris
Solutions' Truist account ending 1768, at a Truist Bank in Quakertown, Pennsylvania, the
cashier's check in the amount of $92,250.53 described in this Paragraph.

        20.    On or about March 13, 2023, defendant CHINEDU EKUMA deposited
into Verge Capital's Santander account ending 8324 a check from a fraud victim in the amount
of approximately $90,000.

21.    Defendant CHINEDU EKUMA and other co-schemers used, and caused to be used, the wires and facilities of interstate and foreign commerce to advance, further, and carry out this scheme.

## THE WIRES

22.    On or about each of the dates set forth below, in the Eastern District of Pennsylvania, and elsewhere, defendant

## CHINEDU EKUMA,

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate and foreign commerce the signals and sounds described below, each transmission constituting a separate offense:

| Count | Date | Description |
|-------|------|-------------|
| One | August 13, 2020 | Deposit of the check further described in Paragraph 10, which caused a wire transfer of an electronic image transmitted by Bank of America from a branch in Bethlehem, Pennsylvania, to a Bank of America location outside of Pennsylvania |
| Two | December 20, 2022 | Deposit of the check further described in Paragraph 19, which caused a wire transfer of an electronic image transmitted by Truist Bank from a branch in Quakertown, Pennsylvania, to a Truist location outside of Pennsylvania |

All in violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT**:

      1.     As a result of the violations of Title 18, United States Code, Section 1343 set forth in this information, defendant

### CHINEDU EKUMA

shall forfeit to the United States of America any property, real or personal, that was involved in such offense or any property traceable to such property, including but not limited to $40,000.

      2.     If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

8

All pursuant to Title 18, United States Code, Section 981(a)(1)(A).

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

CHINEDU EKUMA

INFORMATION

Counts
18 U.S.C. § 1343 (wire fraud – 2 counts)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____