**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v** | : | |
| | : | |
| **CHINEDU EKUMA** | : | |
| **USM# 25219-512** | : | **NO.: 5:25-cr-00480** |


### ORDER TO SURRENDER

**AND NOW**, this 12th day of March, 2026, the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

**IT IS ORDERED** that the execution of prison sentence is suspended until Friday, June 12, 2026, at which time defendant is directed to report to the institution designated by the Bureau of Prisons no later than 2:00 p.m. to commence service said sentence.


*/s/ John M. Gallagher*
John M. Gallagher, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.


_____          _____
*Attorney – Witness*                                        *Defendant*


**Cr 28 (5/21)**